PAUL J. FISHMAN
United States Attorney
JORDAN ANGER
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2700
FLU:KS

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF NEW JERSEY*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             *Plaintiff,*<br>v.<br><br>TYHERRA SUTTON,<br><br>                          *Defendant.* | Hon. Dennis M. Cavanaugh<br><br>Criminal Action No. 04-317<br><br>CONSENT GARNISHEE<br>ORDER |

WHEREAS, judgment was entered on the 10th day of August 2005 in the above action in the United States District Court, District of New Jersey, between the United States of America, plaintiff and Tyherra Sutton, defendant for the sum of $32,281.88. The sum of $35,379.51 is now actually due thereon; it is hereby

AGREED that defendant, Tyherra Sutton consents to the following: Birchwood Adult Day Centers, Garnishee shall pay $100.00 of the defendant's net monthly wages to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

TYHERRA SUTTON
Defendant


By: 
JORDAN ANGER
Assistant U.S. Attorney


IT IS SO ORDERED this 18 day of Jan. , 2013.


HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT